IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| ELEAZAR AVALOS, et al. | ) ) ) | Case No. 19-cv-0048 |
| Plaintiffs, | ) ) | Judge Patricia E. Campbell-Smith |
| v. | ) ) ) | Collective Action |
| UNITED STATES OF AMERICA, | ) ) |  |
| Defendant. | ) ) |  |

PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs move to consolidate this case with three other related cases pending before the Court: <u>Tarovisky v. United States</u>, No. 19-04C, <u>Arnold v. United States</u>, No. 19-59C, and <u>Rowe v. United States</u>, No. 19-67C. Plaintiffs also request that if the cases are consolidated, the Court appoint counsel in <u>Tarovisky</u> as lead counsel for the consolidated Plaintiffs Group. In support of this motion, plaintiffs incorporate and adopt the arguments set forth in the Motion to Consolidate, <u>Tarovisky v. United States</u>, No. 19-04C (Dkt. #141) (February 12, 2021).

                        Respectfully submitted,

                        <u>/s Gregory O'Duden, by /s Allison C. Giles</u>
                        GREGORY O'DUDEN
                        General Counsel
                        NATIONAL TREASURY EMPLOYEES UNION
                        800 K Street, N.W., Suite 1000
                        Washington, D.C.  20001
                        Tel: (202) 572-5500
                        Fax: (202) 572-5645
                        greg.oduden@nteu.org
                        Counsel of Record for Plaintiffs

                        Julie M. Wilson
                        Allison C. Giles
                        NATIONAL TREASURY EMPLOYEES UNION
                        800 K Street, N.W., Suite 1000
                        Washington, D.C.  20001
                        Tel: (202) 572-5500
                        Fax: (202) 572-5645
                        julie.wilson@nteu.org
                        allie.giles@nteu.org
                        Of Counsel for Plaintiffs

                        Leon Dayan
                        Abigail Carter
                        BREDHOFF & KAISER PLLC
                        805 15th Street N.W., Suite 1000
                        Washington, D.C. 20005
                        Tel: (202) 842-2600
                        Fax: (202) 842-1888
                        ldayan@bredhoff.com
                        acarter@bredhoff.com
February 17, 2021    Of Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that, on February 17, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Federal Claims through the CM/ECF system.

                         /s Gregory O'Duden, by /s Allison C. Giles
                         GREGORY O'DUDEN
                         Counsel of Record